IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00445-REB-MJW

DEBORAH HIGLEY,

 Plaintiff,

v.

MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,

 Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

 The matter before me is the **Joint Motion For Dismissal With Prejudice** [#19], filed January 11, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Joint Motion For Dismissal With Prejudice** [#19], filed January 11, 2008, is **GRANTED**;

 2. That the Trial Preparation Conference set for June 20, 2008, is **VACATED**;

 3. That the trial to the court set to commence June 23, 2008, is **VACATED**; and

 4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

 Dated January 11, 2008, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**